1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11                               **FRESNO DIVISION**

12  ANGELA WILLIAMS,                    )
                                        )      Case No.  1:12-cv-00892-AWI-SAB
13              Plaintiff,              )
                                        )      **ORDER GRANTING EXTENSION OF TIME**
14       v.                             )      **FOR DEFENDANT TO FILE HIS**
                                        )      **OPPOSITION OR OTHERWISE RESPOND**
15  COMMISSIONER OF                     )      **TO PLAINTIFF'S OPENING BRIEF**
    SOCIAL SECURITY,                    )
16                                      )
                Defendant.              )
17  _____    )

18

19        Pursuant to the stipulation of the parties, Defendant shall have until March 6, 2013, in which to

20  file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

21        IT IS SO ORDERED.

22  **Dated:    February 5, 2013**          _____/s/ **Stanley A. Boone**_____
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28