1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**FRESNO DIVISION**

11

12   ANGELA WILLIAMS,                    )
                                        )     Case No.  2:12-cv-00892-AWI-SAB
13               Plaintiff,              )
                                        )
14        v.                            )     ORDER GRANTING SECOND EXTENSION
                                        )     OF TIME FOR DEFENDANT TO FILE
15   COMMISSIONER OF                    )     RESPONSE TO PLAINTIFF'S OPENING
     SOCIAL SECURITY,                   )     BRIEF
16                                      )
                 Defendant.             )
17                                      )
                                        )
18   _____)

19        Pursuant to the stipulation of the parties, Defendant shall have a fourteen day extension, from

20   March 6, 2013 to March 20, 2013,  in which to file his Opposition to Plaintiff's Opening Brief or

21   otherwise respond to Plaintiff's motion.

22        IT IS SO ORDERED.

23        **Dated:   March 7, 2013**                    _____
                                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28